THE CITY OF JEFFERSON, *Appellant*, v. McCARTY.

**Taxes.**   The City of Jefferson, though it has no lien, may recover an ordinary money judgment for its taxes.

*Error to Cole Circuit Court.*—HON. GEO. W. MILLER, Judge.

REVERSED.

*Edwards & Davison* for appellant.

*Botsford & Williams* and *Ewing & Hough* for respondent.

SHERWOOD, C. J.—Though, under the *Whipple case,* 71 Mo. 519, the city has no lien for its taxes, yet this fact does not deprive it of the right to recover them in this action, notwithstanding it asks, also, that a lien be declared on the land against which the taxes are assessed, and that the land be sold in enforcement of the lien.   The city is entitled to an ordinary recovery, and, therefore, judgment reversed and cause remanded.   All concur.